UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GUIDEONE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>NEW JERUSALEM CHURCH OF GOD IN CHRIST, *et al.*,<br><br>                Defendants. | Case No. C24-5854-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On October 4, 2024, Plaintiff filed a complaint in this action. (Dkt. # 1.) Plaintiff was required to complete service within 90 days after the complaint was filed. Fed. R. Civ. P. 4(m). To date, no proof of service has been filed. Accordingly, Plaintiff is ORDERED to show cause by **January 29, 2025**, why this case should not be dismissed for failure to timely serve.

Dated this 22nd day of January, 2025.

                                                        Ravi Subramanian
                                                        Clerk of Court

                                                     By: Tim Farrell
                                                          Deputy Clerk

MINUTE ORDER - 1