HON. MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GUIDEONE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERUSALEM CHURCH OF GOD IN CHRIST, a Washington nonprofit corporation, and ALETA HASKINS, a Washington resident,<br><br>Defendants. | NO. 3:24-cv-05854-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE<br><br>NOTE FOR HEARING:<br>February 12, 2025 |

## ORDER

This matter, having come before the Court on Plaintiff GuideOne Insurance Company's Motion for Extension of Time for Service; and the Court having considered the Motion and all relevant records and pleadings on file, and being fully advised, the Court finds and rules as follows:

IT IS HEREBY ORDERED and GRANTED as follows:

Good cause exists for an extension of time for service. Plaintiff is to serve Defendant New Jerusalem Church of God in Christ no later than February 28, 2025. Should Plaintiff require

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME FOR SERVICE - 1
(USDC CASE NO. 3:24-cv-05854-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4922-0906-8564.1

1  additional time to serve Defendant New Jerusalem, Plaintiff may file a request for another
2  extension as needed. It is further noted Defendant Aleta Haskins was served on January 29, 2025,
3  pursuant to Rule(m).

4        Accordingly, the Court GRANTS Plaintiff's motion for extension of time for service.

5        DATED this 31st day of January, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

*Presented by:*

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA #36590
*s/ Katharine M. Miller*
Katharine M. Miller, WSBA #57777
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: eharris@williamskastner.com
       kmiller@williamskastner.com

*Attorneys for Plaintiff GuideOne Insurance Company*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME FOR SERVICE - 2
(USDC CASE NO. 3:24-cv-05854-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4922-0906-8564.1